Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                ) Case No.: 2:08-bk-29595 VZ
                                      )
   Johnson, Sabrina Yu                ) TRUSTEE'S NOTICE OF
                                      ) UNCLAIMED DIVIDEND
                                      ) (Bankruptcy Rule 3011)
                                      )
                                      )
                                      )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 631583 in the sum of $306.43 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

        Christian M. Dillon
        34118 Pacific Coast Hwy, #5
        Dana Point, CA 92629


Date:  January 20, 2011              /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                  Check No. 631583

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0829595-VZ | 666-0 | JOHNSON, SABRINA YU | | 50.57 | 306.43 | 0.00 | 306.43 |

---

January 18, 2011

Nancy Curry
Chapter 13 Trustee
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-79 / 611

No. 631583

PAY** Three Hundred Six Dollars and 43 Cents*************************************
TO THE ORDER OF

AMOUNT ***********$306.43 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑆631583⑆ ⑈061100790⑈ 000000575200 ⑈